# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: INSULIN PRICING LITIGATION**                                    **MDL No. 3080**

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −32)

On August 3, 2023, the Panel transferred 5 civil action(s) to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 688 F.Supp.3d 1372 (J.P.M.L. 2023). Since that time, 57 additional action(s) have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Brian R. Martinotti.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Martinotti.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of August 3, 2023, and, with the consent of that court, assigned to the Honorable Brian R. Martinotti.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Feb 12, 2026**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Marcella R. Lockert*

Marcella R. Lockert
Acting Clerk of the Panel

**TRUE AND CERTIFIED COPY**
**Donato A. Marucci**
**3:18 pm, Feb 13 2026**

**IN RE: INSULIN PRICING LITIGATION**                                    MDL No. 3080

### SCHEDULE CTO−32 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CONNECTICUT | | | |
| CT | 3 | 26−00036 | City of New Haven v. Eli Lilly And Company et al |
| CT | 3 | 26−00049 | City of Norwalk v. Eli Lilly And Company et al |
| DELAWARE | | | |
| DE | 1 | 26−00105 | State of Delaware et al v. Eli Lilly and Company et al |
| ILLINOIS NORTHERN | | | |
| ILN | 1 | 26−00390 | Dover Corporation v. Eli Lilly and Company et al |
| INDIANA NORTHERN | | | |
| INN | 2 | 26−00040 | Indiana State of v. Eli Lilly and Company |
| MISSOURI EASTERN | | | |
| MOE | 4 | 26−00047 | Francis Howell School District v. Eli Lilly and Company et al |
| MOE | 4 | 26−00048 | Parkway School District v. Eli Lilly and Company et al |
| MOE | 4 | 26−00049 | Lindbergh Schools v. Eli Lilly and Company et al |
| MISSOURI WESTERN | | | |
| MOW | 4 | 26−00026 | Missouri Educators Unified Health Plan v. Eli Lilly and Company et al |
| MOW | 4 | 26−00028 | Hallmark Cards, Incorporated v. Eli Lilly and Company et al |
| MOW | 4 | 26−00029 | Crayola LLC v. Eli Lilly and Company et al |
| MOW | 6 | 26−03008 | Ozarks Schools Benefits Association Employee Benefits Plan and Trust and Ozark Schools Benefits Association Board of Trustees v. Eli Lilly and Company et al |
| MOW | 6 | 26−03010 | City of Springfield, Missouri v. Eli Lilly and Company et al |
| OHIO SOUTHERN | | | |
| OHS | 1 | 26−00036 | Board of County Commissioners of Hamilton County, Ohio v. Eli Lilly and Company et al |
| OREGON | | | |
| OR | 3 | 26−00174 | State of Oregon ex rel. Dan Rayfield v. Eli Lilly and Company et al |

RHODE ISLAND

RI          1          26−00025          City of Providence v. Eli Lilly and Company et al